USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/30/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

I.E.T.P., a minor, by and through Next Friend, A.R.T.P.,

Petitioner-Plaintiff,

-against-

MARKWAYNE MULLIN, in his official capacity as Secretary of the U.S. Department of Homeland Security, TODD BLANCHE, in his official capacity as Acting Attorney General of the United States; ROBERT F. KENNEDY, JR. in his official capacity as Secretary of Health and Human Services; ANGIE SALAZAR, in her official capacity as Acting Director of the Office of Refugee Resettlement; MARIANA VALDEZ in her official capacity as Office of Refugee Resettlement Federal Field Specialist; JUSTINE CHRISTAKOS in her official capacity as Chief Executive Officer of Abbott House; U.S. Department of Homeland Security; U.S. Immigration and Customs Enforcement; U.S. Department of Health and Human Services; U.S. Office of Refugee Resettlement.,

Respondents-Defendants.

1:26-cv-06490-MKV

ORDER TO SHOW CAUSE

MARY KAY VYSKOCIL, United States District Judge:

On July 29, 2026, Petitioner, I.E.T.P., a minor, by and through his next friend A.R.T.P., who is represented by counsel, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. [ECF No. 1]. Petitioner simultaneously filed an emergency motion for a temporary restraining order and preliminary injunction directing Respondents to release him from the custody of the Office of Refugee Resettlement ("ORR") to his brother A.R.T.P. [ECF No. 2]. The same day, Judge Rearden, acting in the emergency Part I, ordered that Petitioner shall not be removed from the United States or transferred outside this District, the Eastern District of New York, or the District of New Jersey absent further order from the assigned District Judge. [ECF No. 4].

Accordingly, IT IS HEREBY ORDERED that Respondents shall show cause by August 4, 2026, why the Petition and motion for a temporary restraining order and preliminary injunction should not be granted. Petitioner shall file reply papers, if any, by August 7, 2026.

The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York of this Order.

**SO ORDERED.**

**Date: July 30, 2026**
**New York, NY**

Mary Kay Vyskocil

**MARY KAY VYSKOCIL**
**United States District Judge**