USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/30/2026

July 30, 2026

Honorable Judge Mary Kay Vyskocil
Southern District of New York
U.S. District Court
500 Pearl Street
New York, NY 10007

**RE: I.E.T.P. v. Mullin et al.**

**Case No.: 26-6490**

Dear Honorable Judge Vyskocil,

I represent the Petitioner, I.E.T.P., in the above-referenced proceedings. I kindly request this Court to remove Immigration and Customs Enforcement ("ICE") as a party to these proceedings. There are no claims made against ICE in the proceedings, and they were accidentally added as a party in the heading of these filings. Removing ICE as a party will not cause delay or prejudice to Respondents in this matter.

Should the Court require any further information, I am available via email at LFouda@door.org or via phone at 929-819-4367. Thank you for your time and consideration of this request to correct the petition.

Respectfully submitted,

Lauren Fouda

Lauren Fouda, Esq.

**Granted. SO ORDERED.**

The Clerk of Court is kindly requested to terminate Defendant Immigration and Customs Enforcement and accordingly amend the caption.

Date: 7/30/2026
New York, New York

Mary Kay Vyskocil

Mary Kay Vyskocil
United States District Judge