**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/3/2026

July 31, 2026

**BY ECF**
Hon. Mary Kay Vyskocil
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

*Re:* *I.E.T.P. v. Mullin, et al.* No. 26 CV 6490 (MKV)

Dear Judge Vyskocil:

This Office represents Respondents in the above-referenced habeas corpus action and motion for injunctive relief. Petitioner, by and through his next friend and older brother, A.R.T.P., challenges his continuing custody by the Office of Refugee Resettlement ("ORR"), an entity within the Administration for Children and Families, which itself is part of the U.S. Department of Health and Human Services. By order dated July 30, 2026 (Dkt. No. 6), the Court directed Respondents to respond to the petition by August 4, with Petitioner's response due by August 7. Respondents respectfully request a two-business-day extension of time to submit their response, to August 6, with a corresponding adjustment of Petitioner's reply due date to August 11. This is Respondents' first request for an extension of its time to respond to the petition.

Because Petitioner entered the United States as an unaccompanied minor, he is subject to a number of statutes, regulations and agency policies which are designed to ensure unaccompanied minors' safety and care.[1] Petitioner is currently in the care of Abbott House, a foster care home for minors located in Irvington, New York.[2] *See* Pet. ¶ 5. Petitioner's adult brother, A.R.T.P., has applied to be Petitioner's sponsor. If the application is approved, Petitioner will be released into A.R.T.P.'s custody. In the petition, Petitioner alleges that ORR has taken too long to decide A.R.T.P.'s sponsorship application. Petitioner further alleges that A.R.T.P. meets ORR's sponsorship requirements and seeks an order directing ORR to immediately release him into the custody of A.R.T.P.

---

[1] Applicable requirements arise from, for example, the Homeland Security Act of 2002; the Trafficking Victims Protection Reauthorization Act of 2008; ORR-promulgated regulations (the so-called "Unaccompanied Children Program Foundational Rule"), codified at 45 C.F.R. part 410, which establish comprehensive regulations governing ORR's unaccompanied minor program; and a lengthy set of procedures ORR follows to assess sponsorship applications. *See* ORR Unaccompanied Alien Children Bureau Policy Guide, available at https://acf.gov/orr/policy-guidance/unaccompanied-children-bureau-policy-guide.

[2] *See generally* https://www.abbotthouse.net/.

To respond to the petition, Respondents' counsel needs to confer with ORR officials concerning the steps taken to assess A.R.T.P.'s sponsorship application and its current status. Collecting this information is a significant undertaking because the sources of information to be examined and procedures to be followed, as set forth in ORR's Unaccompanied Alien Children Bureau Policy Guide, are detailed and extensive. Accordingly, Respondents respectfully request a two-day extension of time, to August 6, to respond to the petition and Petitioner's request for injunctive relief, with a corresponding adjustment of Petitioner's reply brief deadline to August 11. I have left a voicemail message and sent an email asking Petitioner's counsel to contact me; I have not received a response.

I thank the Court for its consideration of this request.[3]

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By: *s/ Brandon Cowart*
BRANDON COWART
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tele: (212) 637-2693

cc: Petitioner's Counsel (by ECF)

**Granted. SO ORDERED.**

Date: 8/3/2026
New York, New York

[signature]
Mary Kay Vyskocil
United States District Judge

[3] Pursuant to the order dated July 29, 2026, issued by Hon. Jennifer H. Rearden, acting as the Part I judge (Dkt. No. 4), Petitioner has not been transferred from his current location at Abbot House. Absent further order of the Court, Respondents will continue to comply with the July 29 order.