**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/5/2026

August 4, 2026

**BY ECF**
Hon. Mary Kay Vyskocil
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

*Re:* *I.E.T.P. v. Mullin, et al.* No. 26 CV 6490 (MKV)

Dear Judge Vyskocil:

This Office represents Respondents in the above-referenced habeas corpus action and motion for injunctive relief. Petitioner, by and through his next friend and older brother, A.R.T.P., challenges his continuing custody by the Office of Refugee Resettlement ("ORR"), an entity within the Administration for Children and Families, which itself is part of the U.S. Department of Health and Human Services.

As explained in Respondents' letter to the court dated July 31, 2026, A.R.T.P. has applied to be Petitioner's sponsor and custodian. The amount of information collected by ORR during the sponsorship review process is detailed and extensive. For that reason, the Court granted Respondents' request to extend the response deadline from August 4 to August 6. With Petitioner's consent, we write to request that this deadline be extended by one week, to August 13, with a corresponding adjustment of Petitioner's reply due date to August 18.

This request is being made because agency counsel who had been assisting in the collection of information and preparation of an agency declaration has been hospitalized and is unable to continue her work. New agency counsel has been assigned but, in light of her other cases, needs the additional time to complete the work started by the original counsel. The parties also have conferred concerning issues raised in the petition and are working on potential solutions to address Petitioner's concerns.

I thank the Court for its consideration of this request.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By: *s/ Brandon Cowart*
BRANDON COWART
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tele: (212) 637-2693

cc: Petitioner's Counsel (by ECF)

**Granted. SO ORDERED.**

Date: 8/5/2026
New York, New York

Mary Kay Vyskocil
United States District Judge