USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/18/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

I.E.T.P., a minor, by and through Next Friend, A.R.T.P.,

Petitioner-Plaintiff,

-against-

MARKWAYNE MULLIN, in his official capacity as Secretary of the U.S. Department of Homeland Security, TODD BLANCHE, in his official capacity as Acting Attorney General of the United States; ROBERT F. KENNEDY, JR. in his official capacity as Secretary of Health and Human Services; ANGIE SALAZAR, in her official capacity as Acting Director of the Office of Refugee Resettlement; MARIANA VALDEZ in her official capacity as Office of Refugee Resettlement Federal Field Specialist; JUSTINE CHRISTAKOS in her official capacity as Chief Executive Officer of Abbott House; U.S. Department of Homeland Security; U.S. Immigration and Customs Enforcement; U.S. Department of Health and Human Services; U.S. Office of Refugee Resettlement.,

Respondents-Defendants.

1:26-cv-06490-MKV

SCHEDULING ORDER

MARY KAY VYSKOCIL, United States District Judge:

On July 29, 2026, Petitioner, I.E.T.P., a minor, by and through his next friend A.R.T.P., who is represented by counsel, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. [ECF No. 1]. Petitioner simultaneously filed an emergency motion for a temporary restraining order and preliminary injunction directing Respondents to release him from the custody of the Office of Refugee Resettlement ("ORR") to his brother A.R.T.P. [ECF No. 2]. The Court is now in receipt of Respondents' Memorandum of Law in Opposition to the Petition and emergency motion, [ECF No. 17], and the declaration of Elizabeth Kronk. [ECF No. 16]. The Court is also in receipt of Petitioner's reply. [ECF No. 18].

Having carefully reviewed the Petition and the parties' filings, IT IS HEREBY ORDERED that Respondents shall file a letter by 4:00 PM on August 21, 2026, advising the Court as to the results of the Division of Vetting Report and whether the Office of Refugee Resettlement intends to release Petitioner to A.R.T.P.

**SO ORDERED.**

Mary Kay Vyskocil

**MARY KAY VYSKOCIL**
**United States District Judge**

**Date: August 18, 2026**
**New York, NY**