USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/30/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

I.E.T.P., a minor, by and through Next Friend, A.R.T.P.,

Petitioner-Plaintiff,

-against-

MARKWAYNE MULLIN, in his official capacity as Secretary of the U.S. Department of Homeland Security, TODD BLANCHE, in his official capacity as Acting Attorney General of the United States; ROBERT F. KENNEDY, JR. in his official capacity as Secretary of Health and Human Services; ANGIE SALAZAR, in her official capacity as Acting Director of the Office of Refugee Resettlement; MARIANA VALDEZ in her official capacity as Office of Refugee Resettlement Federal Field Specialist; JUSTINE CHRISTAKOS in her official capacity as Chief Executive Officer of Abbott House; U.S. Department of Homeland Security; U.S. Immigration and Customs Enforcement; U.S. Department of Health and Human Services; U.S. Office of Refugee Resettlement.,

Respondents-Defendants.

1:26-cv-06490-MKV

ORDER DISMISSING AS MOOT PETITION FOR A WRIT OF HABEAS PETITION

MARY KAY VYSKOCIL, United States District Judge:

The Government has advised that the minor child A.R.T.P. has been released from custody by the Office of Refugee Resettlement. [ECF No. 20]. In light of A.R.T.P.'s release, the habeas petition is dismissed as moot. *See E.G.V.A. v. Sanchez*, 26-cv-02258 (MKV), 2026 WL 2254646 (S.D.N.Y. Aug. 5, 2026).

The Clerk of Court is respectfully requested to terminate docket entry 2 and close the case.

**SO ORDERED.**

**Date: September 30, 2026**
**New York, NY**

Mary Kay Vyskocil

**MARY KAY VYSKOCIL**
**United States District Judge**