**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

I.E.T.P., a minor, by and through Next Friend, A.R.T.P.,

Plaintiff,

-against-

26 **CIVIL** 6490 (MKV)

# JUDGMENT

MARKWAYNE MULLIN, in his official capacity as Secretary of the U.S. Department of Homeland Security, TODD BLANCHE, in his official capacity as Acting Attorney General of the United States; ROBERT F. KENNEDY, JR. in his official capacity as Secretary of Health and Human Services; ANGIE SALAZAR, in her official capacity as Acting Director of the Office of Refugee Resettlement; MARIANA VALDEZ in her official capacity as Office of Refugee Resettlement Federal Field Specialist; JUSTINE CHRISTAKOS in her official capacity as Chief Executive Officer of Abbott House; U.S. Department of Homeland Security; U.S. Immigration and Customs Enforcement; U.S. Department of Health and Human Services; U.S. Office of Refugee Resettlement,

Defendants.

-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 30, 2026, the Government has advised that the minor child A.R.T.P. has been released from custody by the Office of Refugee Resettlement. [ECF No. 20]. In light of A.R.T.P.'s release, the habeas petition is dismissed as moot. See E.G.V.A. v. Sanchez, 26-cv-02258 (MKV), 2026 WL 2254646 (S.D.N.Y. Aug. 5, 2026); accordingly, the case is closed.

**Dated:** New York, New York

September 30, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**